IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM HENRY BROWN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2744

Opinion filed October 12, 2017.

An appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

William Henry Brown, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

     DISMISSED.

ROBERTS, RAY, and OSTERHAUS, JJ., CONCUR.